IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-1475-FL

**RECEIVED**
NOV 29 2023
PETER A. M____ ____, JR., CLERK
US DISTRICT COURT, EDNC

IN RE: CAMP LEJEUNE
WATER LITIGATION

_____/

**THIS DOCUMENT RELATES TO:**
AVA STRAW

**JURY TRIAL DEMANDED**

_____  _____  _____  _____
Plaintiff First    Middle    Last    Suffix

## SHORT-FORM COMPLAINT

The Plaintiff named below, or Plaintiff's representative, files this Short Form Complaint against Defendant United States of America under the Camp Lejeune Justice Act of 2022 ("CLJA"). Pub. L. No. 117-168, § 804, 136 Stat. 1802, 1802–04 (2022). Plaintiff or Plaintiff's representative incorporates by reference the allegations contained in the Master Complaint (DE __25__) on file in the case styled *In Re: Camp Lejeune Water Litigation,* Case No. 7:23-cv-897, in the United States District Court for the Eastern District of North Carolina. Plaintiff or Plaintiff's representative files this Short-Form Complaint as permitted by Pretrial Order No. __2__. Dkt. 23

Plaintiff or Plaintiff's representative alleges as follows:

### I. INSTRUCTIONS

| 1. On THIS FORM, are you asserting a claim for injuries to YOU or to SOMEONE ELSE you legally represent?<br>☐ To me<br>☒ Someone else    My daughter, Ava. | This form may only be used to file a complaint for ONE PERSON'S injuries. If you intend to bring claims for multiple individuals' injuries—for example, a claim for yourself and one for a deceased spouse—you must file ONE FORM FOR EACH INJURED PERSON. |
|---|---|

## II. PLAINTIFF INFORMATION

If you checked "To me" in Box 1, YOU are the Plaintiff. Complete this section with information about YOU.

If you checked "Someone else" in Box 1, THAT PERSON is the Plaintiff. Complete this section with information about THAT PERSON.

| 2. First name: AVA | 3. Middle name: | 4. Last name: STRAW | 5. Suffix: |
|---|---|---|---|
| 6. Sex: <br> ☐ Male <br> X Female <br> ☐ Other | | 7. Is the Plaintiff deceased? <br> ☐ Yes <br> ☒ No <br><br> *If you checked "To me" in Box 1, check "No" here.* | |
| **Skip (8) and (9) if you checked "Yes" in Box 7.** | | | |
| 8. Residence city: | | 9. Residence state: | |
| **Skip (10), (11), and (12) if you checked "No" in Box 7.** | | | |
| 10. Date of Plaintiff's death: | 11. Plaintiff's residence state at the time of their death: | 12. Was the Plaintiff's death caused by an injury that resulted from their exposure to contaminated water at Camp Lejeune? <br> ☐ Yes <br> ☐ No | |

## III. EXPOSURE INFORMATION

If you checked "To me" in Box 1, complete this section with information about YOU.

If you checked "Someone else" in Box 1, complete this section with information about THAT PERSON.

| 13. Plaintiff's first month of exposure to the water at Camp Lejeune: DECEMBER 1968 | 14. Plaintiff's last month of exposure to the water at Camp Lejeune: JULY 1970 |
|---|---|
| 15. Estimated total months of exposure: <br><br> 19 | 16. Plaintiff's status at the time(s) of exposure (please check all that apply): <br> ☐ Member of the Armed Services <br> ☒ Civilian (includes in utero exposure) |
| 17. If you checked Civilian in Box 16, check all that describe the Plaintiff at the time(s) of exposure: <br> ☒ Civilian Military Dependent <br> ☐ Civilian Employee of Private Company <br> ☐ Civil Service Employee <br> ☒ In Utero/Not Yet Born <br> ☐ Other <br><br> USMC CAMP LEJEUNE VETERAN <br> NAME: Phillip U. D. Straw (grandfather) <br> USMC SVC# 2415425  RANK: E-2 (at CL) <br> Sel. Svc.# 12-18-47-14 | 18. Did Plaintiff at any time live or work in any of the following areas? Check **all** that apply. <br> ☐ Berkeley Manor <br> ☐ Hadnot Point <br> ☒ Hospital Point <br> ☐ Knox Trailer Park <br> ☐ Mainside Barracks <br> ☐ Midway Park <br> ☐ Paradise Point <br> ☐ Tarawa Terrace <br> ☐ None of the above <br> ☒ Unknown <br><br> Grandmother Sandra Gave birth to father Andrew U. D. Straw at CLNH. 3/19/1969-3/22/1969 <br><br> Off base address in JAXNC after 3/19/1969; possible temp housing DEC68-MAR69 Had base access with USMC Privilege Card# N7,051,397 |

## IV. INJURY INFORMATION

If you checked "To me" in Box 1, complete this section with information about YOU.

If you checked "Someone else" in Box 1, complete this section with information about THAT PERSON.

19. Identify the illnesses or conditions the Plaintiff suffered as a result of exposure to contaminated water at Camp Lejeune.

| Injury | Approximate date of onset |
|---|---|
| ☐ Adverse birth outcomes (Plaintiff is the PARENT of an individual who died in utero or was stillborn or born prematurely) | |
| ☐ ALS (Lou Gehrig's Disease) | |
| ☐ Aplastic anemia or myelodysplastic syndrome | |
| ☐ Bile duct cancer | |
| ☐ Bladder cancer | |
| Brain / central nervous system cancer | |
| Breast cancer | |
| ☐ Cardiac birth defects (Plaintiff was BORN WITH the defects) | |
| ☐ Cervical cancer | |
| ☐ Colorectal cancer | |
| ☐ Esophageal cancer | |
| ☐ Gallbladder cancer | |
| ☐ Hepatic steatosis (Fatty Liver Disease) | |
| ☐ Hypersensitivity skin disorder | |
| ☐ Infertility | |
| ☐ Intestinal cancer | |
| ☐ Kidney cancer | |
| ☐ Non-cancer kidney disease | |
| ☐ Leukemia | |
| ☐ Liver cancer | |
| Lung cancer | |
| ☐ Mutliple myeloma | |
| ☒ Neurobehavioral effects (of father, Andrew U. D. Straw) | 2004 (father had mental illnesses at the time of Manu's birth) |
| ☐ Non-cardiac birth defects (Plaintiff was BORN WITH the defects) | |
| ☐ Non-Hodgkin's Lymphoma | |
| ☐ Ovarian cancer | |
| ☐ Pancreatic cancer | |
| ☐ Parkinson's disease | |
| ☐ Prostate cancer | |
| ☐ Sinus cancer | |
| ☐ Soft tissue cancer | |
| ☐ Systemic sclerosis / scleroderma | |
| ☐ Thyroid cancer | |

The Camp Lejeune Justice Act does not specify a list of covered conditions.

If the Plaintiff suffers or previously suffered from a condition not listed above, and the Plaintiff alleges that the condition was caused by exposure to the water at Camp Lejeune as required under the Act, please check "Other" and describe the condition on the following lines.

Note in particular that the Board of Veterans' Appeals of the U.S. Department of Veterans Affairs (the "VA") has approved benefits in connection with Camp Lejeune for conditions beyond those listed above.

| ☒ Other: | Approximate date of onset |
|---|---|
| 1) Camp LeJeune toxic exposure to father of Ava, Andrew Straw, resulted in parental alienation due to poverty and disability. | 2010 |
| 2) Scoliosis requiring torso brace for 7 years & open spine surgery at 13 | 2004 |

## V. REPRESENTATIVE INFORMATION

If you checked "To me" in Box 1, **SKIP THIS SECTION** and proceed to section VI. ("Exhaustion").

If you checked "Someone else" in Box 1, complete this section with information about YOU.

| 20. Representative First Name: ANDREW | 21. Representative Middle Name: U. D. | 22. Representative Last Name: STRAW | 23. Representative Suffix: |
|---|---|---|---|
| 24. Residence City: BAUAN, BATANGAS REGION (IV-A) | | 25. Residence State: THE PHILIPPINES ☒ Outside of the U.S. | |
| 26. Representative Sex: ☒ Male ☐ Female ☐ Other | | | |

27. What is your familial relationship to the Plaintiff?
☐ They are/were my spouse.
  They are/were my parent.
☒ They are/were my child.
☐ They are/were my sibling.
☐ Other familial relationship: They are/were my _____
☐ No familial relationship.

**Derivative claim**

28. Did the Plaintiff's death or injury cause the Plaintiff's spouse, children, or parents mental anguish, loss of financial support, loss of consortium, or any other economic or non-economic harm for which you intend to seek recovery?   Humiliation and fear and pain and suffering from scoliosis.
☒ Yes   PARENTAL
☐ No    ALIENATION

## VI. EXHAUSTION

| 29. On what date was the administrative claim for this Plaintiff filed with the Department of the Navy (DON)?  8/20/2023  *mm/dd/yyyy* | 30. What is the DON Claim Number for the administrative claim?  _____  ☒ DON has not yet assigned a Claim Number |
|---|---|

## VII. CLAIM FOR RELIEF

Plaintiff respectfully requests that pursuant to subsection 804(b) of the CLJA the Court enter judgment against the Defendant and award damages and all other appropriate relief for the harm to Plaintiff that was caused by exposure to the water at Camp Lejeune.

## VIII. JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure and subsection 804(d) of the CLJA.

11/19/2023

Dated: *mm/dd/yyyy*

[Signature block]

s/ Andrew U. D. Straw
Proposed Counsel
9169 W STATE ST #690
Garden City, ID 83714-1733
(847) 807-5237
andrew@andrewstraw.com

NB1: This claim is meant to be given effect as of the date of administrative constructive denial under CLJA, six months from the date in box 29 above. There is no reason to think the claim will change during the pending time.

NB2: Proposed Counsel will not seek any attorney fees or costs from the claimant/plaintiff, as Ava is his daughter. This claim will be ripe so that this proposed short form complaint takes effect as of Tuesday, February 20, 2024.